UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 18 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY acc DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14CR3487-BEN |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| MARIA HERRERA-MOLINA (1), | |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

TITLE 21 U.S.C. §952 AND 960.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 1, 2015

Hon. Roger T. Benitez
U.S. District Judge